**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MANUEL TRUJILLO,

        Plaintiff,

v.                                                        No. CV 20-627 KWR/CG

CURRY COUNTY DETENTION CENTER,

        Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* in connection with Plaintiff Manuel Trujillo's handwritten complaint pursuant to 42 U.S.C. § 1983, (Doc. 1). The record indicates that certain mailings to Mr. Trujillo were returned as undeliverable. *See* (Doc. 9). It appears that Mr. Trujillo has been transferred or released from custody without providing a new address, as required by D.N.M. LR-Civ. 83.6.

The Court will therefore require Mr. Trujillo to notify the Clerk of his new address or show cause why this action should not be dismissed without prejudice. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure . . . The same is true of simple, nonburdensome local rules.") (citations omitted). Failure to comply with this Order may result in dismissal of the action without further notice.

**IT IS THEREFORE ORDERED** that by no later than **April 5, 2021**, Ms. Trujillo shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE